Argued and submitted December 22, 2009, reversed and remanded
January 27, 2010

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JAMES HARRY TAYLOR,
*Defendant-Appellant.*

Marion County Circuit Court
07C51436; A139035

225 P3d 148

Louis R. Miles, Deputy Public Defender, argued the cause for appellant. With him on the brief was Peter Gartlan, Chief Defender, Appellate Division, Office of Public Defense Services.

Tiffany Keast, Assistant Attorney General, argued the cause for respondent. With her on the brief were John R. Kroger, Attorney General, and Jerome Lidz, Solicitor General.

Before Wollheim, Presiding Judge, and Sercombe, Judge, and Edmonds, Senior Judge.

PER CURIAM

Reversed and remanded. *State v. Pierce,* 226 Or App 336, 203 P3d 343 (2009).